


RECEIVED
'N LAKE CHARLES, LA

MAR - 5 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | DOCKET NO. 2:05 CR 20134-003 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| JOSEPH JOHNWELL, JR.<br>Date of Previous Judgment: August 29, 2007 | : | MAGISTRATE JUDGE KAY<br>USM No: 12774-035 |

## ORDER

Upon the motion of the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. §994(u), and having considered such motion,

**IT IS ORDERED** that the motion is DENIED.

The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure and the reduced sentence is comparably less than the amended guideline range. A sentence of one year and one days allows for good time credit. Less than that amount of time would adversely impact the defendant.

**IT IS ORDERED** that the parties have ten (10) days from the date of this Order to file any objections which will be considered as contemporaneous objections for the record. In the absence of any objections, this Order will be considered final in ten (10) days from the date of this Order.

Lake Charles, Louisiana, this 3rd day of March, 2008.

cc: USM-LC
    USP-LC
    FPD
    Walker

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE